1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RICHARD JOSE DUPREE, JR.,
11            Plaintiff,                          No. CIV S-11-0263 DAD P
12       vs.
13   UNITED STATES COURT'S OF THE
     EASTERN DISTRICT OF CALIFORNIA,
14
              Defendant.                          ORDER
15                                           /
16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to
17   42 U.S.C. § 1983. On February 7, 2011, plaintiff was directed to pay the filing fee or submit an
18   application to proceed in forma pauperis.  In response to the court's order, plaintiff has filed an
19   application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
20            Plaintiff's in forma pauperis application does not include a certified copy of
21   plaintiff's prison trust account statement for the six-month period immediately preceding the
22   filing of the complaint in this action. See 28 U.S.C. § 1915(a)(2).  Plaintiff's incomplete
23   application will be denied with leave to file a properly completed application to proceed in forma
24   pauperis.
25   /////
26   /////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's February 15, 2011 application to proceed in forma pauperis (Doc. No. 5) is denied without prejudice;

3  2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

4  3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: March 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dupr0263.3e