IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE, JR.,

    Plaintiff,     No. CIV S-11-0263 DAD P

  vs.

UNITED STATES COURT'S OF THE
EASTERN DISTRICT OF CALIFORNIA,

    Defendant.     ORDER
_____/

    On May 2, 2011, plaintiff filed a letter to the court. This civil rights action was closed on March 24, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 26, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
dupr0263.58